■ 35-45 MAY ASSOCIATES, Respondent, v MAYLOC ASSOCIATES, Appellant, et al., Defendant.—Appeal from an order of the Supreme Court, Westchester County, entered July 25, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Gurahian in the Supreme Court, Westchester County. Lawrence, J. P., Eiber, Spatt and Sullivan, JJ., concur.